Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7
8     **UNITED STATES DISTRICT COURT**
9     **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| ALEXANDER RODRIGUEZ AND MARIA BENAVIDES,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,<br><br>Defendants.<br><br>In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | Case No. EDCV08-01651 R (SSx)<br><br>Related Group Control No. EDCV 08-1451-VAP(AJWx)<br><br>**JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.**<br><br>[Assigned for all purposes to Hon. Manuel L. Real]<br>Dept. 8 |
|---|---|

IR01DOCS399774.1                             1

1    On March 31, 2009, this Court ordered M.W. Roth PLC and/or attorney
2  Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by
3  Defendant in defending this action. (Document No. 16.)
4    After consideration of the declaration submitted by counsel regarding the
5  amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6  ReconTrust Company, N.A. and against M.W. Roth, PLC and/or Mitchell W. Roth,
7  Esq., jointly and severally, in the amount of $5,998.37.
8    IT IS SO ORDERED.

9

10  Dated: April 6, 2009                    _____
11                                          Manuel L. Real, District Court Judge
                                            United States District Court
12                                          Central District of California